

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2022

No. 04-22-00580-CV

**IN RE** Rosa Elena **GOMEZ**

Original Mandamus Proceeding[1]

# O R D E R

Sitting: Rebeca C. Martinez, Chief Justice
    Luz Elena D. Chapa, Justice
    Beth Watkins, Justice

On September 8, 2022, relator filed a petition for writ of mandamus and an emergency motion for temporary relief pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than September 28, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for temporary relief is **GRANTED IN PART**. The following portions of the decretal paragraphs in the trial court's June 29, 2022 "Modified Temporary Orders" are **STAYED** pending further order of this court:

> IT IS ORDERED that ROSA ELENA GOMEZ is removed as the conservator with the exclusive right to determine the residence of the children . . . .
>
> IT IS ORDERED that JOSE LEONARDO MAGANA, as a parent temporary joint managing conservator, shall have the following rights and duty: the exclusive right to determine the residence of the children.
>
> IT IS FURTHER ORDERED that JOSE LEONARDO MAGANA shall have the exclusive right to designate the children's primary residence.

The remaining paragraphs in the trial court's June 29, 2022, Modified Temporary Orders remain in effect.

---

[1] This proceeding arises out of Cause No. 2019-EM5-00713, styled *In the Interest of E.E.G, a Child*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.

FILE COPY

It is so **ORDERED** on September 13, 2022.

PER CURIAM

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT